4

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Vega §
§
versus §
§
Fruit of the Loom §
§

CIVIL ACTION 98-176

## Order Resetting Conference

The ~~pretrial~~ initial conference set  3-18-99 , has been reset to:

 3-10-99 ,

at  11:30  A .m.

Signed on  February 2 , 1998/9, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

o.
updateddl.