10

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

MAR 18 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Vega §
§
§
*versus* § CIVIL ACTION B-98-176
§
§
Fruit of the Loom §
§

# Final Order of Dismissal

1. The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673, 1677 (1994).

Signed March 17_____, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge