13

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| **GRACIELA (SOTO) VEGA** | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-98-176 |
| | § | |
| **FRUIT OF THE LOOM,** | § | |
| a Texas Corporation in its role as | § | |
| Plan Administrator of FRUIT OF THE | § | |
| LOOM Medical Plan and the Union | § | |
| Underwear Company Pension Plan | § | |
| *Defendants* | § | |

## AGREED ORDER OF DISMISSAL AND ORDER REGARDING CONFIDENTIALITY

On the 5th day of May, 1999, in the above entitled and numbered cause, wherein **GRACIELA (SOTO) VEGA**, is the Plaintiff, and **FRUIT OF THE LOOM, TEXAS, INC.**, is the Defendant, came on for consideration the Plaintiff's and Defendants' Agreed Motion to Dismiss and Motion for Confidentiality, wherein the parties made known to the Court that all matters in controversy between them had been compromised and settled and requested the Court to dismiss, with prejudice;

And it appearing to the Court that all matters in controversy between the parties in said cause have been compromised and settled and no further dispute exists between the parties and that said cause, and all claims, actions, and causes of action asserted by Plaintiff against the Defendants in said cause should be dismissed with prejudice;

It is also requested and agreed by the parties that the terms of the settlement be kept confidential.

**AGREED ORDER OF DISMISSAL and**
**ORDER OF CONFIDENTIALITY**
bhc/GSotoVega vs. Fruit of the Loom, Texas, Inc.

PAGE 8

IT IS THEREFORE ORDERED, ADJUDGED and DECREED by the Court that this cause, and all claims, actions and causes of action asserted by Plaintiff against the Defendants in this cause be, and they are hereby dismissed with prejudice as to the refiling of same;

IT IS FURTHER ORDERED that the terms of the settlement and the Compromise Settlement Agreement be kept confidential.

IT IS FURTHER ORDERED, ADJUDGED and DECREED by the Court that costs of suit incurred in this proceeding be taxed against the party incurring the same, for which let execution issue if not timely paid.

SIGNED this _5_ day of _May_, 1999.

_____
JUDGE PRESIDING

AGREED TO AND APPROVED AS TO FORM AND SUBSTANCE:

BLAIR BRININGER, P.C.
13105 Northwest Freeway, Suite 740
Houston, Texas 77040

_____
BLAIR BRININGER
State Bar No. 09002550
ATTORNEY FOR PLAINTIFF


LAW OFFICE OF LEONEL ALEJANDRO, P.C.
2025 Central Blvd. Suite A
Brownsville, Texas 78520
Telephone: (956) 542-0902
Fax: (956) 542-0904

_____
LEONEL ALEJANDRO
State Bar No. 00985975
ATTORNEY FOR DEFENDANTS

AGREED ORDER OF DISMISSAL and
ORDER OF CONFIDENTIALITY
bhc/GSotoVega vs. Fruit of the Loom, Texas, Inc.

PAGE 9